RECEIVED
IN LAKE CHARLES, LA
DEC 21 2012
TONY R. M—, CLERK
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| REGINALD L. MCCOY<br>FED. REG. #11732-018 | CIVIL ACTION NO. 2:11-CV-1234 |
| VS. | SECTION P<br>JUDGE MINALDI |
| J. YOUNG | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 11] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

**IT IS ALSO ORDERED** that petitioner's motion to transfer [Doc. 5] and his motion for leave to proceed in forma pauperis [Doc. 7] be denied.

Lake Charles, Louisiana, on this 21 day of _____, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE